**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 98-1641**

_____

AL CUJAS,

                                    Plaintiff - Appellant,

        versus

INTERNAL REVENUE,

                                    Defendant - Appellee.

_____

Appeal from the United States District Court for the Middle District of North Carolina, at Durham. Frank W. Bullock, Jr., Chief District Judge. (CA-97-741-1)

_____

Submitted: July 30, 1998            Decided: August 25, 1998

_____

Before WIDENER, LUTTIG, and WILLIAMS, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Al Cujas, Appellant Pro Se. Donald Bruce Tobin, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Al Cujas appeals the district court's order granting summary judgment to the Defendant on his action filed under the Freedom of Information Act (FOIA), 5 U.S.C. § 552 (1994). Our review of the record and the district court's opinion discloses no reversible error. Accordingly, we affirm on the reasoning of the district court. Cujas v. Internal Revenue, No. CA-97-741-1 (M.D.N.C. Apr. 16, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2